**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

SAM J. PEARSON,
    Plaintiff,

vs.                               Case No: 3:06cv190/MCR/EMT

U.S. POSTAL SERVICE,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 15, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. The petition for writ of mandamus (Doc. 1) is **DISMISSED** with prejudice and the clerk is directed to close the file.

    **DONE AND ORDERED** this 22nd day of February, 2007.

                        _s/ M. Casey Rodgers_
                        **M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE**